FILED

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

LENZY JORDAN,

    Plaintiff,

v.                                    CASE NO. 3:12-cv-457-J-20JRK

BANK OF AMERICA,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before this Court on the Magistrate Judge's Report and Recommendation (Dkt. 14), addressing Plaintiff's Affidavit of Indigency (Dkt. 2) which was construed as a Motion to Proceed *In Forma Pauperis*. The Magistrate Judge recommended that Plaintiff's construed Motion to Proceed *In Forma Pauperis* be denied and that this case be dismissed without prejudice for lack of subject matter jurisdiction. No objections were filed to the Report and Recommendation. After an independent review of the record and upon consideration of the Report and Recommendation, this Court adopts the same in all respects.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Dkt. 14) is adopted; and

2. Plaintiff's Complaint (Dkt. 1) is **DISMISSED WITHOUT PREJUDICE**;

3. Plaintiff's Affidavit of Indigency (Dkt. 2) which is construed as a Motion to Proceed *In Forma Pauperis* is **DENIED**; and

4. The Clerk is directed to close this case.

DONE AND ORDERED at Jacksonville, Florida, this 24 day of October, 2012.

_____
HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Hon. James R. Klindt
Lenzy Jordan, *Pro Se*